IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Gables Ventures, LLC | ) | No. 09 B 18265 |
| | ) | |
| Debtor. | ) | *Hon. Carol A. Doyle* |

### ORDER ALLOWING FINAL COMPENSATION

This matter coming to be heard on the First And Final Fee Application (the "Application") of Keevan D. Morgan and Joel E. Blumenfeld, each of Morgan & Bley, Ltd. (the "Attorneys"), as Counsel for the Debtor, Gables Ventures, LLC ("Debtor") for the period of May 29, 2009 through April 7, 2010 (the "Application Period"); due notice having been given and no other further notice required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish sufficient cause for the relief granted herein; and the Court being fully advised in the premises; It Is Hereby Ordered:

1. The Application is granted.

2. The Attorneys are allowed **$65,664.00** for actual and necessary legal services rendered to the Debtor during the Application Period (the "Allowed Fees"), and **$998.06** as reimbursement for actual and necessary expenses (the "Allowed Expenses") advanced on behalf of the Debtor during the Application period.

3. The Debtor is authorized and directed to pay the Attorneys their Allowed Fees and Expenses totaling **$66,662.06**, less the pre-petition retainer of **$7,500.00**, leaving a balance of **$59,162.06**.

Dated: _5/13/10_

Enter: _____