UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Gables Ventures, LLC, | ) | Case No. 09-18265 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |
| | ) | |

**NOTICE OF MOTION FOR FINAL DECREE**

To:   Attached service list.

Please be advised that on June 28, 2011, at 10:30 a.m., **(This matter is already on the set call)** we shall appear before the Honorable Judge Carol A. Doyle, or any Judge sitting in her stead, in Courtroom 742 of the United States Bankruptcy Court, or any other courtroom therein, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Debtor Gables Ventures, LLC's Motion for a Final Decree, a copy of which is attached and hereby served upon you. You may appear and be heard if you so desire.

/s/ Keevan D. Morgan

**CERTIFICATE OF SERVICE**

I, Keevan D. Morgan, caused a copy of this Notice of Motion for Final Decree, and Motion for Final Decree to be served upon the parties on the attached service list, by regular mail, on this 20th day of June, 2011.

/s/Keevan D. Morgan


Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607
312.243.000

## Service List

Centrust Bank N.A.
385 Waukegan Road
Northbrook, IL 60062-1230

Centrust
c/o Mark Belongia
53 W. Jackson Blvd.; Suite 315
Chicago, IL 60604-3692

Gables Ventures, LLC
180 N. LaSalle Street
Suite 2024
Chicago, IL 60601-2606

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604-1702

American Infosource LP, as agent for FIA
Card Services, NA/Bank of America
PO Box 248809
Oklahoma City, OK 73124-8809

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Antoine Walker
3950 Wood Ave.
Miami, FL 33133-6429

Bank of America
PO Box 15026
Wilmington, DE 19886-5026

Bank of America-Visa
PO Box 15184
Wilmington, DE 19850-5184

Chase Bank
PO Box 15153
Wilmington, DE 19886-5153

Clarke County State Bank
139 S. Main Street
PO Box 487
Osceola, IA 50213-0487

Walker Ventures, LLC
James A. Larson, Esq.
230 W. Monroe St., Suite 2200
Chicago, IL 60606-4902

Elena Gallo
Gallo Law Group, Ltd
435 W. Erie Street, Suite 1708
Chicago, IL 60654-6986

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-1702

Ronald R. Peterson
Jenner & Block, LLP
330 N. Wabash Ave.
Chicago, IL 60611

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
230 S. Dearborn St.
Chicago, IL 60604

Illinois Department of Revenue
James R. Thompson Center
100 W. Randolph St.,
BK Unit, Level 7
Chicago, IL 60601-3274

Joseph J. Angersola, Esq.
Larson & Associates, P.C.
230 W. Monroe, Suite 2220
Chicago, Illinois 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Gables Ventures, LLC, | ) | Case No. 09-18265 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |
| | ) | |

**DEBTOR'S MOTION FOR FINAL DECREE**

Now comes the Debtor, Gables Ventures LLC, ("Gables" or "Debtor"), by and through its attorney, Keevan D. Morgan of Morgan & Bley, Ltd., and requests this Honorable Court to enter a Final Decree closing the Debtor's case. In support of this Motion, the debtor states as follows:

1. The plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that the Debtor has commenced distribution of Plan payments.

2. It is in the interests of judicial and private economy to enter Final Decree and close the case.

Wherefore, Debtor prays that this Court enters a Final Decree closing the case.

Gables Ventures, LLC

By: /s/Keevan D. Morgan

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607
312.243.0006

Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Gables Ventures, LLC, | ) | Case No. 09-18265 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**FINAL DECREE**

This cause coming on to be heard upon the Debtor's Motion for Final Decree, and the Court finding that the Debtor has demonstrated substantial consummation of Debtor's Plan as defined in 11 U.S.C. § 1101, and is in the interests of judicial and private economy to enter Final Decree and close the case:

It is hereby ordered that this case is closed.

Dated June 28, 2011.

ENTER:_____
                    Judge

This Order Prepared By:

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607
312.243.0006