09-18265:138.1:Motion for Final Decree:Proposed Order Final Decree Entered: 6/28/11 1:21:40 PM by:Keevan Morgan Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Gables Ventures, LLC, | ) | Case No. 09-18265 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

### FINAL DECREE

This cause coming on to be heard upon the Debtor's Motion for Final Decree, and the Court finding that the Debtor has demonstrated substantial consummation of Debtor's Plan as defined in 11 U.S.C. § 1101, and is in the interests of judicial and private economy to enter Final Decree and close the case:

It is hereby ordered that ~~this case is closed.~~ *the motion for final decree is granted*

Dated June 28, 2011.

ENTER: _Carol A. Doyle_
                    Judge

This Order Prepared By:

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607
312.243.0006